# United States District Court
## Eastern District of California

**FILED**
Aug 05, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | **6:22-mj-00011-HBK** |
| **STEFAN W KIRKEBY** | **DOCKET NUMBER:** |

I, **Briana Vollmer,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Stefan W KIRKEBY** did or was:

**Count 1:** Present within the special maritime and territorial jurisdiction of the United States with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and who, in the course of or as a result of such travel or presence, commits or attempts to commit a crime of violence against that spouse, intimate partner, or dating partner in violation of 18 USC § 2261(a)(1).

**Max penalty: 5 years imprisonment, $250,000 fine, and 3 years supervised release.**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. I have been a US Park Ranger since 2016 and am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. I am a member of the Yosemite National Park Crisis Negotiation Team. I also have additional training and experience responding to crimes of violence, specifically domestic violence. In the course of my duties, I detect, establish probable cause and enforce violations associated with assault, domestic violence and disorderly conduct. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On August 5, 2022, at approximately 19:05, Yosemite Emergency Communication Center (ECC) received a report of a domestic disturbance near the Happy Isles Bridge, within the jurisdiction of Yosemite National Park. A Yosemite employee was working near the Happy Isles Bridge when he heard yelling. The employee, D. Wright, informed ECC that a man was threatening to beat his wife and then threatened to kill himself before walking away from the area. In his written witness statement, Wright explained that three visitors informed him that they witnessed the man threaten his wife. Wright stated, "…they had seen the partner threaten her, that it was scary, and that they separated her from him." Wright did not get these witnesses' names or contact information. Rangers are currently trying to locate them.

U.S. v. **Kirkeby**
Criminal Complaint

US Park Ranger Stephanie Obernesser and I arrived at the Happy Isles Bridge at approximately 19:13 and located a female seated on the fence, identified as ZY.   I observed that ZY was holding her arms around her chest and appeared upset.

ZY stated that she had been walking with her husband, Stefan KIRKEBY, when they began arguing over his affair.   ZY stated that KIRKEBY pulled her by the arm and then turned around and pushed ZY so that both parties fell onto the ground.   She added that, while on the ground, ZY screamed for help and KIRKEBY put his hand over her mouth.   A bystander reportedly pulled ZY away and helped her leave the area.   ZY stated that she thought KIRKEBY was going to kill her.

I observed several scratches on ZY's arms.   I also noted that her hands and clothing were dirty. ZY confirmed that the scratches and the dirt were from the incident with KIRKEBY.   She denied having any other injuries and declined medical attention.

ZY provided a description of KIRKEBY.   She stated that KIRKEBY had placed his hand over her mouth and nose in the past in addition to placing a pillow over her face.   ZY stated she had passed out in two previous incidents of suffocation.   ZY stated she was afraid of KIRKEBY because he became angry easily.   She told me that did not feel safe returning to the hotel room with him.

At approximately 22:27, Ranger Obernesser and US Park Ranger Joseph McBrayer located KIRKEBY in Ahwahnee Cabin 721, where the couple had been staying.   KIRKEBY said that he had been holding ZY tightly and telling her he loved her earlier in the evening.   But he denied that there was any domestic violence.

KIRKEBY was placed under arrest at approximately 23:00 for 18 UCS 2261(a)(1) Interstate Domestic Violence.   He was transported to the Fresno County Jail.

Body Worn Camera is available from Rangers Hastings, Vollmer, Obernesser and McBrayer.

///
///
///

U.S. v. **Kirkeby**
Criminal Complaint

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

  8/5/2022                                                            /S/ *Briana Vollmer*
Date                                                                 Ranger: Briana Vollmer
                                                                         Law Enforcement Park Ranger
                                                                         Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this <u>5th</u> day of August, 2022.

        August 5, 2022                                                    *[signature]*

Date                                                                HELENA M. BARCH-KUCHTA
                                                                      UNITED STATES MAGISTRATE JUDGE